# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3014
_____

DONALD OSTERBYE, Former
Husband,

     Appellant,

     v.

KAREN CROSS f/k/a KAREN
OSTERBYE, Former Wife,

     Appellee.

_____


On appeal from the Circuit Court for Leon County.
Dawn Caloca-Johnson, Judge.


October 31, 2018


PER CURIAM.

     AFFIRMED.

ROBERTS, WETHERELL, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

William E. Whitlock III of William E. Whitlock III, PLLC, Tallahassee, for Appellant.

Linda A. Bailey, Rachel H. Borntreger, and Hunter J. Hendrix of Law Office of Linda Bailey, P.A., Tallahassee, for Appellee.